175 A.3d 141

**ANAND**

v.

**O'SULLIVAN**

**Pet. Docket No. 305, Sept. Term, 2017**

Court of Appeals of Maryland.

December 15, 2017

Petition for writ of certiorari denied

175 A.3d 141

**ANNAN, Heinin**

v.

**STATE of Maryland**

**Pet. Docket No. 258, Sept. Term, 2017**

Court of Appeals of Maryland.

December 15, 2017

Opinion of the Court of Special Appeals unreported (No. 611, Sept.Term, 2016).

Petition for writ of certiorari denied